[No. 15780-6-III.    Division Three.    November 6, 1997.]

*In the Matter of the Marriage of* JAMES ROBERT SCHULTZ, *Appellant*, and MICKIE LOU SCHULTZ, *Respondent.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 95-3-01715-5, Philip W. Borst, J., entered May 7, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 19954-8-II.    Division Two.    November 7, 1997.]

ELIZABETH PETCU, *Respondent*, v. MICHAEL PETCU, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 91-3-00114-3, Toni A. Sheldon, J., entered August 23, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 20658-7-II.    Division Two.    November 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HOWARD McCORMACK, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04641-1, Bruce W. Cohoe, J., entered April 29, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Hunt, JJ.

[No. 21182-3-II.    Division Two.    November 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER LEE BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 96-1-00079-4, William E. Howard, J., entered September 20, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Seinfeld, J.